**Opinion filed December 12, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00335-CR

_____

### CARISSA MASON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 350th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 13599-D**

## M E M O R A N D U M   O P I N I O N

Appellant, Carissa Mason, has filed a motion to dismiss this appeal. In the motion, Appellant indicates that she wishes to withdraw her notice of appeal, and she requests that this appeal be dismissed. The motion to dismiss is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2 of the Texas Rules of Appellate Procedure.

The motion is granted, and the appeal is dismissed.

PER CURIAM

December 12, 2019

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.